UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JONATHAN C. JIMENEZ and
ANABELLA D. JIMENEZ

          Plaintiffs,

    v.

DOWNEY SAVINGS AND LOAN ASSOCIATION, DSL SERVICE COMPANY, U.S. BANK HOME MORTGAGE, and DOES 1-50,

          Defendants.

No. 2:09-cv-02768-MCE-KJM

MEMORANDUM AND ORDER

----oo0oo----

Presently before the Court is a Motion by Defendants U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A., and DSL Service Company ("Defendants") to dismiss the First Amended Complaint of Plaintiffs Jonathan C. Jimenez and Anabella D. Jimenez ("Plaintiffs") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiffs have failed to timely file Opposition to Defendants' Motion.

1

1       Pursuant to Local Rule 78-230(c), opposition to a motion
2  must be filed not less than fourteen (14) days prior to the date
3  of the hearing.  The date of the hearing on motion was set for
4  December 10, 2009.  Fourteen (14) days prior to the hearing was
5  November 26, 2009.  To date, no opposition has been filed as
6  required.  In light of the fact that no opposition has been filed
7  by Plaintiffs, Defendants' Motion to Dismiss[1] is GRANTED with
8  leave to amend.  (Docket No. 7)
9       Plaintiffs may file an amended complaint not later than
10 twenty (20) days after the date this Memorandum and Order is
11 filed electronically.  If no amended complaint is filed within
12 said twenty (20)-day period, without further notice, Plaintiffs'
13 claims will be dismissed without leave to amend.
14      IT IS SO ORDERED.

Dated: December 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2