| | |
|---|---|
| 1 | GEORGE HOLLAND, JR., STATE BAR NO. 216735 |
| | hlfirm@gmail.com |
| 2 | HOLLAND LAW FIRM |
| 3 | 1970 Broadway, Suite 1030 |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 465-4100 |
| 5 | Facsimile: (510) 465-4747 |
| 6 | Attorneys for Plaintiffs, |
| 7 | Jonathan C. Jimenez and Anabella D. Jimenez |
| 8 | OFFICE OF THE GENERAL COUNSEL |
| | ERIC M. ALDERETE, STATE BAR NO. 199565 |
| 9 | eric.alderete@usbank.com |
| 10 | U.S. BANK NATIONAL ASSOCIATION |
| | 3121 Michelson Drive, Suite 500 |
| 11 | Irvine, CA 92612 |
| | Telephone: (949) 798-6781 |
| 12 | Facsimile: (949) 798-4258 |
| 13 | |
| 14 | Attorneys for Defendants |
| | U.S. Bank National Association, Successor in |
| 15 | Interest to the Federal Deposit Insurance |
| | Corporation as Receiver for Downey Savings and |
| 16 | Loan Association, F.A. and DSL Service Company |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN C. JIMENEZ and ANABELLA D. JIMENEZ, <br><br> Plaintiffs, <br><br> v. <br><br> DOWNEY SAVINGS AND LOAN ASSOCIATION, DSL SERVICE COMPANY, US BANK HOME MORTGAGE and DOES 1 to 50, <br><br> Defendants. | Case No. 09-CV-02768-MCE-KJM <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [FRCP, Rule 41(a)]** <br><br><br> Judge: Hon. Morrison C. England, Jr. <br> Courtroom: 7 <br><br> [Complaint Filed: August 3, 2009] |

-1-

STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | The parties of the above-captioned matter hereby stipulate to dismissal with prejudice |
| 2 | of this action in its entirety, with each party to bear their own costs and fees. | |
| 3 | | Respectfully submitted, |
| 4 | Dated: March 5, 2010 | HOLLAND LAW FIRM |

By: /s/ George Holland, Jr. (as authorized on 3/5/10 - original signature retained by attorney)
George Holland, Jr.
Attorney of Record for Plaintiffs,
JONATHAN C. JIMENEZ AND
ANABELLA D. JIMENEZ

Dated: March 8, 2010     OFFICE OF THE GENERAL COUNSEL

By: /s/Eric M. Alderete
ERIC M. ALDERETE
Attorney of Record for Defendants,
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. AND DSL SERVICE COMPANY

**ORDER**

IT IS HEREBY ORDERED that this matter may be, and it hereby is, dismissed with prejudice, in its entirety. The Clerk of Court is hereby directed to close the file.

DATED: March 9, 2010

_/s/ Morrison C. England, Jr._
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com